UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBRADO SOLANO, JR., <br><br> Plaintiff, <br><br> v. <br><br> PEREZ, et al., <br><br> Defendants. | 1:14-cv-00633-BAM (PC) <br><br> ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

Plaintiff Librado Solano, Jr. ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on April 9, 2014, in the Central District of California. (ECF No. 1.) The matter was transferred to the Fresno Division of the Eastern District of California on April 29, 2014. (ECF No. 7.)

In his original complaint, Plaintiff alleged violations against correctional officers and medical staff at Folsom State Prison and California Correctional Institution. The events took place in Sacramento County, which is part of the Sacramento Division of the Eastern District of California, and in Kern County, which is part of the Fresno Division.

On April 7, 2015, the Court screened Plaintiff's complaint and dismissed it with leave to amend. (ECF No. 14.)

Following an extension of time, on May 11, 2015, Plaintiff filed his first amended complaint. The allegations in the first amended complaint relate solely to events taking place at

1

Folsom State Prison, which is in Sacramento County. Therefore, the amended complaint properly should be filed in the Sacramento Division.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated: **May 15, 2015**             /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

2