UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBRADO SOLANO, JR., | No. 2:15-cv-1064-EFB P |
| Plaintiff, | |
| v. | ORDER |
| PEREZ, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file his opposition to defendants' June 22, 2016 motion for summary judgment.

Plaintiff's request (ECF No. 37) is granted and plaintiff has 30 days from the date this order is served to file his opposition.

So ordered.

Dated: July 26, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE