# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBRADO SOLANO, JR., | No. 2:15-cv-1064-KJM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| PEREZ, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has filed a document entitled "Plaintiff's First Request for Production of Documents to Defendant Eslami, Afshin." ECF No. 52. Plaintiff must, however, serve his requests for discovery on defense counsel rather than filing them with the court. *See* E.D. Cal. Local Rules 250.2-250.4. Discovery requests/responses shall only be filed with the court if they are at issue. *Id.* At this time, there is no proceeding before the court that requires plaintiff's request for production for its resolution.

Accordingly, it is HEREBY ORDERED that plaintiff's request for production (ECF No. 52) is disregarded and the Clerk shall make a notation on the docket to that effect.

DATED: April 20, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE